IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KORDY RICE,

        Plaintiff,

   vs.

R. McCORD, et. al.,

        Defendants.

No. 2:16-cv-0562-CMK-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 9) and motion for an extension of time in which to file his application for leave to proceed in forma pauperis (Doc. 7).

As plaintiff has submitted his application, his request for additional time in which to do so (Doc. 7) is granted and his application is deemed timely filed. Plaintiff has also submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay

/ / /

/ / /

1

fees and costs or give security therefor.  His motion for leave to proceed in forma pauperis (Doc. 9) therefore granted.

        SO ORDERED.

DATED: September 18, 2017

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE