IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KORDY RICE,** | Case No. 2:16-cv-0562- DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. MCCORD, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for leave of court to take Plaintiff's deposition by video-conference, and good cause appearing, the Court shall amend the discovery and scheduling order and allow Defendants the ability to take Plaintiff's deposition via video-conference.

IT IS SO ORDERED.

Dated: January 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE