IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORDY RICE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. McCORD, et al.,<br><br>    Defendants. | No. 2:16-CV-0562-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are defendants' unopposed motions relating to scheduling of this case (ECF Nos. 29 and 30). In their motions, defendants seek an extension of time to respond to plaintiff's first set of interrogatories (ECF NO. 30) as well as an extension of time to file a dispositive motion (ECF No. 29). Good cause appearing therefore, and in light of no opposition to either request, defendants' motions will be granted as ordered below.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motions relating to scheduling of this case (ECF Nos. 29 and 30) are granted as ordered below:

2. Defendants shall serve responses to plaintiff's first set of interrogatories within 45 days of the date of this order;

///

1

3. Discovery is re-opened to the extent plaintiff may file any motions to compel related to defendants' response to his first set of interrogatories within 45 days of the date of service of defendants' responses; and

4. Dispositive motions are due within 120 days of the date of this order.

Dated: May 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE