# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KORDY RICE,                                    No. 2:16-CV-0562-WBS-DMC-P

       Plaintiff,

   v.

R. MCCORD, et al.,
                                               **ORDER & WRIT OF HABEAS CORPUS**
      Defendants.                      **AD TESTIFICANDUM**

_____/

Kordy Rice, CDCR # V-43736, a necessary and material witness in a settlement conference in this case on January 7, 2021, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, on Thursday, January 7, 2021 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Salinas Valley State Prison at (831) 678-5544 or via email.

4. Any issues with the Zoom video conference connection should be immediately be reported to Judy Streeter, Courtroom Deputy, at jstreeter@caed.uscourts.gov.

Dated:  December 11, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  December 11, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE